**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000069
08-JUN-2015
09:05 AM**

NO. CAAP-15-0000069

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALAN LEE JOHNSON, Plaintiff-Appellant,
v.
IRIS CHIEMI TAKAHASHI-JOHNSON, nka IRIS CHIEMI TAKAHASHI,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 09-1-2019)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On February 6, 2015, Plaintiff-Appellant Alan Lee Johnson (Appellant), pro se, filed a notice of appeal;

(2) On April 7, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified Appellant that the statement of jurisdiction and opening brief were due by April 17, 2015, and May 18, 2015, respectively;

(3) Appellant did not file either document;

(4) On May 21, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on June 1, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 8, 2015.

Presiding Judge

Associate Judge

Associate Judge